UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| --- | --- |
| Plaintiff, | NO. 5:12-127-KKC-EBA-3 |
| | CIVIL ACTION |
| | NO. 5:16-448-KKC-EBA |
| V. | ORDER |
| RONALD LEE GENTRY, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the report and recommendation of United States Magistrate Judge Edward B. Atkins (DE 174) regarding defendant Ronald Lee Gentry's motion to vacate under 28 U.S.C. § 2255 (DE 158). No objections have been filed to Magistrate Judge Atkins' report and recommendation.

Accordingly, and with the Court otherwise being sufficiently advised, it is hereby **ORDERED** that the recommendation (DE 174) is **ADOPTED** as the Court's opinion.

Further, the Court finds that no certificate of appealability shall issue because Gentry has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(3).

A separate judgment shall issue.

Dated September 14, 2017.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY